SAMUEL J. ROME, Doing Business under the Firm Name and Style of ROME FUR TRADING COMPANY, Appellant, v. GARABED AMBARIAN and Others, Copartners Trading as AMBARIAN & SONS, Respondents.— Order setting aside verdict and

* See N. Y. Local Laws of 1929, No. 13.— [REP.

granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.